# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL D. WIANT** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 13-1750** |
| v. | : | |
| | : | |
| **NICHOLAS V. COPPA,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 14th day of November 2018, upon consideration of Plaintiff's *motion for default judgment* filed pursuant to Federal Rule of Civil Procedure 55(b), [ECF 87], the judicial assessment of damages hearing held on October 4, 2018, and Defendant Nicholas V. Coppa's failure to answer, plead, or otherwise defend in this matter, it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion of this day, Plaintiff's motion for default judgment is **GRANTED**. Default judgment is entered against Defendant Nicholas V. Coppa in the aggregate amount of $115,747.24. Attorneys' fees and costs are awarded in the aggregate amount of $114,754.13.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*